AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

NORMAN WALLIN,

    Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:07-cv-00236-LRH-VPC**

REDLINE RECOVERY SERVICES, LLC, et al.,

    Defendants.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Redline's #18 Motion for Summary Judgment is hereby GRANTED.

  August 8, 2008                             **LANCE S. WILSON**
                                                  Clerk

                                                    /s/ P. McDonald
                                                      Deputy Clerk